UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Barksdale Howard,<br><br>　　　Petitioner<br><br>v.<br><br>Renee Baker, et al.,<br><br>　　　Respondents | 2:16-cv-02109-JAD-PAL<br><br>**Order Transferring Case to Northern Division of this Court** |

　　　Petitioner Nicholas Barksdale Howard, who is incarcerated at Ely State Prison, has filed an application to proceed *in forma pauperis* and a § 2254 petition.  Howard filed this action in the unofficial southern division of this court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of this court.  Under Local Rule IA 1-8, a pro se inmate must proceed in the unofficial division of the court in which he is held when the case is commenced.  Accordingly,

　　　IT IS HEREBY ORDERED that **this action is transferred to the unofficial northern division of this court for all further proceedings.**  The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice to Howard.

　　　Dated: November 1, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge